KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-7126
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ) <br> MARTIN MAXWELL and LARRY ) <br> EDWARDS, ) <br> ) <br>     Defendants. ) | No. CR 05-00768 MHP <br><br> STIPULATION AND [~~PROPOSED~~] ORDER RE: EXCLUSION OF TIME |

    With the agreement of the parties in open court and with the consent of defendant Larry Edwards on January 9, 2006 and Martin Maxwell on January 10, 2006, the Court enters this order (1) setting the next status hearing before the Honorable Marilyn H. Patel on February 6, 2006 at 10:00 a.m., and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 9 to February 6, 2006 for Edwards and from January 10 to February 6, 2006 for Maxwell. The parties agree, and the Court finds and holds, as follows:

    1.    The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance of the next hearing until February 6, 2006 is necessary for effective preparation of counsel and for continuity of counsel. See 18 U.S.C.

CR 05-00768 MHP
[STIPULATION AND ORDER
RE EXCLUSION OF TIME]                           1

1  § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period set forth above outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendants, the Court (1) sets a hearing before Judge Patel on February 6, 2006 at 10:00 a.m., and (2) orders that the period from January 9 to February 6, 2006 for defendant Larry Edwards be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and that the time period from January 10 to February 6, 2006 for defendant Martin Maxwell be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO STIPULATED.**

DATED: 1/31, 2006

KEVIN V. RYAN
United States Attorney

STACEY P. GEIS
Assistant United States Attorney

DATED: _____, 2006

ERIC S. QUANDT, Esq.
Counsel for Larry Edwards

DATED: _____, 2006

SETH P. CHAZIN, Esq.
Counsel for Martin Maxwell

**IT IS SO ORDERED.**

DATED: February 2, 2006

HONORABLE JOSEPH C. SPERO
United States Magistrate Court

CR 05-00768 MHP
[STIPULATION AND ORDER
RE EXCLUSION OF TIME]   2

1  § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served
2  by excluding the period set forth above outweigh the best interest of the public and the defendant
3  in a speedy trial. Id. § 3161(h)(8)(A).
4      3.     Accordingly, and with the consent of the defendants, the Court (1) sets a hearing
5  before Judge Patel on February 6, 2006 at 10:00 a.m., and (2) orders that the period from January
6  9 to February 6, 2006 for defendant Larry Edwards be excluded from Speedy Trial Act
7  calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and that the time period from January 10
8  to February 6, 2006 for defendant Martin Maxwell be excluded from Speedy Trial Act
9  calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
10
11 IT IS SO STIPULATED.
12 DATED: _____, 2006

KEVIN V. RYAN
United States Attorney

STACEY P. GEIS
Assistant United States Attorney

DATED: 1/20, 2006

ERIC S. QUANDT, Esq.
Counsel for Larry Edwards

DATED: _____, 2006

SETH P. CHAZIN, Esq.
Counsel for Martin Maxwell

21 IT IS SO ORDERED.
22 DATED:

HONORABLE JOSEPH C. SPERO
United States Magistrate Court

CR 05-00768 MHP
[STIPULATION AND ORDER
RE EXCLUSION OF TIME]   2

1  § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served
2  by excluding the period set forth above outweigh the best interest of the public and the defendant
3  in a speedy trial. Id. § 3161(h)(8)(A).
4      3. Accordingly, and with the consent of the defendants, the Court (1) sets a hearing
5  before Judge Patel on February 6, 2006 at 10:00 a.m., and (2) orders that the period from January
6  9 to February 6, 2006 for defendant Larry Edwards be excluded from Speedy Trial Act
7  calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and that the time period from January 10
8  to February 6, 2006 for defendant Martin Maxwell be excluded from Speedy Trial Act
9  calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO STIPULATED.**

DATED: _____, 2006

KEVIN V. RYAN
United States Attorney

_____
STACEY P. GEIS
Assistant United States Attorney

DATED: _____, 2006

_____
ERIC S. QUANDT, Esq.
Counsel for Larry Edwards

DATED: 1/19, 2006

_____
SETH P. CHAZIN, Esq.
Counsel for Martin Maxwell

**IT IS SO ORDERED.**

DATED:

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Court

CR 05-00768 MHP
[STIPULATION AND ORDER
RE EXCLUSION OF TIME]

2