1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CSBN 123364)
   STACEY P. GEIS (CSBN 181444)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7126
      Facsimile: (415) 436-7234
8     stacey.geis@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,        )   No. CR 05-0768 JSW
                                    )
15        Plaintiff,                )
                                    )
16    v.                            )   STIPULATION AND [~~PROPOSED~~]
                                    )   ORDER DOCUMENTING
17 MARTIN MAXWELL and LARRY         )   EXCLUSION OF TIME
   EDWARDS,                         )
18                                  )
          Defendants.                )
19 _____ )

20
21      With the agreement of the parties in open court on February 23, 2006 and with the

22 consent of the defendants Martin Maxwell and Larry Edwards ("defendants"), the Court enters

23 this order (1) setting the next court appearance for purposes of trial setting on March 23, 2006 at

24 2:30 p.m.; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §

25 3161, from February 23, 2006 to March 23, 2006. The parties agree, and the Court finds and

26 holds, as follows:

27 ///

28 ///

[~~PROPOSED~~] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 05-0768 JSW]

1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until March 23, 2006 is necessary for effective preparation of counsel and for continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from February 23, 2006 to March 23, 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

2. Accordingly, and with the consent of the defendants, the Court (1) orders the next appearance in front of this Court to be on March 23, 2006 at 2:30 p.m. for purposes of trial setting; and (2) orders that the period from February 23, 2006 to March 23, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 2/2/8/06                     /S/ Seth Chazin
                                    Seth Chazin, Esq.
                                    Attorney for Martin Maxwell


DATED: 2/28/06                      /S/ William Gagen
                                    William Gagen, Esq.
                                    Attorney for Larry Edwards


DATED: 2/28/06                      /S/ Stacey P. Geis
                                    Stacey P. Geis
                                    Assistant U.S. Attorney

IT IS SO ORDERED.


DATED: March 3, 2006                _____
                                    The Honorable Jeffrey S. White
                                    United States District Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 05-0768 JSW]      -2-