IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | CR05-00768 JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER RE WAIVER OF PERSONAL APPEARANCE |
| vs. | |
| Martin Maxwell, | |
| Defendant. | |

GOOD CAUSE SHOWN, it is hereby ordered that the appearance of defendant MARTIN MAXWELL at all non-essential appearances, as determined by this court, is hereby excused.

DATED: ~~February~~ March 6, 2006.

_____
THE HONORABLE JEFFREY S. WHITE

1