**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES of AMERICA, ) | CR-05-0768-JSW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARTIN MAXWELL ) | ORDER |
| ) | |
| Defendant. ) | |

Upon application of defendant Martin Maxwell, and GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that sentencing in the above-captioned case, presently set for August 10, 2006 at 2:30 p.m. is continued to September 28, 2006 at 2:30 p.m.

**Dated:** June 21, 2006

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3