IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | ) CR-05-0768-JSW |
| Plaintiff, | ) |
| vs. | ) [~~PROPOSED~~] ORDER |
| Martin Maxwell | ) |
| Defendant. | ) |

In light of the defendant's need to conduct further investigation and to gather further information to properly prepare and present his case at the hearing on judgement and sentencing in this matter, and in so far as the defendant and the government have stipulated as such, and for GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that the hearing for judgement and sentencing in the above captioned case, now set for September 28, 2006, at 2:30 p.m., be continued to, November 30, 2006, at 2:30 p.m.

IT IS SO ORDERED.

DATED: September 22, 2006

THE _Jeffrey S. White_ WHITE
UNITED STATES DISTRICT COURT JUDGE

3